Wayne **GENOVA**, Plaintiff—Appellant,

v.

Major **TALLEY**, Jail Administrator; Dr. Fox, Jail Psychologist; Mrs. King, Mental Health Worker, Defendants—Appellees.

No. 04–6173.

United States Court of Appeals, Fourth Circuit.

Submitted July 16, 2004.

Decided Aug. 10, 2004.

Wayne Genova, Appellant pro se.

Before WIDENER, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Wayne Genova appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West 2000) action for failure to comply with the court's order that he par-

**312**

ticularize his complaint. Because the district court's dismissal was without prejudice, it is not appealable. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066 (4th Cir.1993). Accordingly, we deny the motion for leave to appeal in forma pauperis and dismiss the appeal. If he chooses, Genova may refile his complaint in district court, being careful to be sufficiently particular in the details of his claim to satisfy the district court's prior order.

We dispense with oral argument because the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

*DISMISSED*